IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00220-DME-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.  VERONICA GRANADOS,

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed in the above matter on November 10, 2010.

IT IS ORDERED THAT A Change of Plea hearing is set for **January 11, 2011, at 11:00 a.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on January 7, 2011.**  <u>If these documents are not timely submitted, the hearing will be vacated.</u>  **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u> (***see*** D.C.COLO.LCrR 11.1F).  The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the *Booker* and *FanFan* decisions, and they will only be accepted in certain circumstances.**  In light of the Defendant's Notice of Disposition, the speedy trial time is tolled.

IT IS FURTHER ORDERED that in light of Defendant Veronica Granados' Notice of Disposition, Defendant Granados is excused from attending the motions hearing scheduled for November 12, 2010.

IT IS FURTHER ORDERED that Defendant Granados is excused from attending the Final Trial Preparation Conference, set for February 4, 2011, and the jury trial in this matter, set to commence March 7, 2011.

DATED:  November 10, 2010

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge