**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00220-DME-10

UNITED STATES OF AMERICA,

       Plaintiff,

v.

10.  VERONICA GRANADOS,

       Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY DAVID M. EBEL

    The Sentencing Hearing for Defendant Veronica Granados is scheduled on **June 8, 2011 at 10:30 a.m.**

    DATED:  April 26, 2011