**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00220-DME-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.  VERONICA GRANADOS,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY DAVID M. EBEL

    The Sentencing Hearing for Defendant Veronica Granados is scheduled on **July 25, 2011 at 10:00 a.m.**

    DATED:   May 26, 2011