### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### JUDGE DAVID M. EBEL

| | |
|---|---|
| Courtroom Deputy:  Patricia Glover<br>Court Reporter:     Kara Spitler<br>Probation Officer:   Kurt Thoene | Date: July 25, 2011 |

Criminal Action No. 10-cr-00220

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | M. J. Menendez<br>Kasandra Carleton |
|     Plaintiff, | |
| v. | |
| VERONICA GRANADOS, | Sean McDermott |
|     Defendant. | |

### SENTENCING MINUTES

**10:03 a.m.   Court in session.**

Court calls case.  Appearances of counsel.  Defendant present on bond.

**Change of Plea Hearing:**   January 11, 2011

**Defendant plead guilty to Count 44  of the Indictment.**

Defendant sworn.

**ORDERED:**   The Government's Motion to Dismiss the remaining Counts of the Indictment (1, 45, 46) against this defendant (**Doc. 580**) is **GRANTED**.

**ORDERED:**   The Government's Motion for Decrease for Acceptance of Responsibility (**Doc. #579**) is **GRANTED**.

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:**   The Government's Motion for Downward Departure (**Doc. #585**) is **GRANTED.**

**ORDERED:**   The Defendant's Motion for Non-Guideline Sentence (**Doc. #586**) is **GRANTED in part and DENIED in part.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count 44 to a term of imprisonment of 24 months.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of 1 year.

**Conditions of supervised release:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:**   Pursuant to 32.2 of the Federal Rules of Criminal Procedure and the defendant's admission of the forfeiture allegation contained in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense.

**FINE:**

No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   Court finds the defendant is not likely to flee or pose a danger to the safety of any other person or the community.

**ORDERED:**   Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon within 14 days of receiving from the Bureau of Prisons the designated facility.

**ORDERED:**   Bond is continued until self-surrender.

**10:55 a.m.   Court in recess.**
Hearing concluded.
Total in-court time:   **52 minutes**